1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KEVIN YEH (CABN 314079)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7063
7      Fax: (415) 436-7234
       kevin.yeh@usdoj.gov
8
   Attorneys for United States of America

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )  **CASE NO. 3:23-mj-71643-MAG**
                                          )
14 |     Plaintiff,                      )  **DETENTION ORDER**
                                          )
15 |   v.                                )
                                          )
16 | KEYDI IRIAS-TORRES,                 )
                                          )
17 |     Defendant.                      )
                                          )
18

19      On November 2, 2023, defendant Keydi Irias-Torres was charged by complaint with possession

20 with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

21      This matter came before the Court on November 20, 2023, for a detention hearing. The

22 defendant was present and represented by Severa Keith. Assistant United States Attorney Kevin Yeh

23 appeared for the government. The government moved for detention, and the defendant opposed. At the

24 hearing, counsel submitted proffers and arguments regarding detention.

25      Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

26 the record, the Court finds by a preponderance of the evidence that no condition or combination of

27 conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant

28 must be detained pending trial in this matter.

DETENTION ORDER                         1                                v. 11/01/2018
3:23-mj-71643-MAG

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant has no viable surety. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: November 21, 2023

_____
HON. SALLIE KIM
United States Magistrate Judge